**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------X
ERIC GROVE
P.O. Box 46843
Las Vegas, Nevada 89114

CIVIL ACTION
Index No.
07-cv-8650[JGK]

v.

BEAN DREDGING LLC
1055 St. Charles Avenue., Suite 500
New Orleans, Louisiana 70130

**AFFIDAVIT OF SERVICE**

and

BEAN EXCAVATIONS LLC
1055 St. Charles Avenue., Suite 500
New Orleans, Louisiana 70130

C.F. BEAN,LLC
1055 St. Charles Avenue., Suite 500
New Orleans, Louisiana 70130

------------------------------------X
STATE OF LOUISIANA   )
                     :ss.:
PARISH OF ST. TAMMANY)

  Henry Mentz, Jr, being duly sworn, deposes and says:

  I am not a party to this action, I am over 18 years of age and I reside in Covington, Louisiana.

  On October 17, 2007, I hand delivered and personally served a Summons and Complaint upon the party identified below:

    BEAN EXCAVATIONS LLC
  1055 St. Charles Avenue., Suite 500
   New Orleans, Louisiana 70130

  by leaving a true and accurate copy thereof with

Mr. Chris Watters, who identified himself as Human Resource and Safety Supervisor.

Description:   ☒M      F

height: _____5' 10"_____

weight: _____180 lbs_____

age: _____40-45_____

hair Color: _____dirty blonde_____

**Caucasian**

_____
Henry Mentz, Jr.

Sworn to before me this
___ day of October, 2007

_____
Notary Public

BRIGITTE P. MENTZ
NOTARY PUBLIC
Notary ID Number: 12709
St Tammany Parish, Louisiana

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
ERIC GROVE                                CIVIL ACTION
P.O. Box 46843                            Index No.
Las Vegas, Nevada 89114                   07-cv-8650[JGK]


            v.

BEAN DREDGING LLC
1055 St. Charles Avenue., Suite 500       **AFFIDAVIT OF SERVICE**
New Orleans, Louisiana 70130

            and

BEAN EXCAVATIONS LLC
1055 St. Charles Avenue., Suite 500
New Orleans, Louisiana 70130

C.F. BEAN, LLC
1055 St. Charles Avenue., Suite 500
New Orleans, Louisiana 70130

------------------------------------X
STATE OF LOUISIANA   )
                     :ss.:
PARISH OF ST. TAMMANY)
```

Henry Mentz, Jr, being duly sworn, deposes and says:

I am not a party to this action, I am over 18 years of age and I reside in Covington, Louisiana.

On October 17, 2007, I hand delivered and personally served a Summons and Complaint upon the party identified below:

BEAN DREDGING LLC
1055 St. Charles Avenue., Suite 500
New Orleans, Louisiana 70130

by leaving a true and accurate copy thereof with

Mr. Chris Watters, who identified himself as Human Resource and Safety Supervisor.

Description:      ☒ M          F

height: _____5' 10"_____

weight: _____180 lbs_____

age: _____40-45_____

hair Color: _____dirty blonde_____

**Caucasian**

_____
Henry Mentz, Jr.

Sworn to before me this
21st day of October, 2007

_____
Notary Public

BRIGITTE P. MENTZ
NOTARY PUBLIC
Notary ID Number: 12709
St Tammany Parish, Louisiana

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
ERIC GROVE                                      CIVIL ACTION
P.O. Box 46843                                  Index No.
Las Vegas, Nevada 89114                         07-cv-8650[JGK]


              v.

BEAN DREDGING LLC
1055 St. Charles Avenue., Suite 500             AFFIDAVIT OF SERVICE
New Orleans, Louisiana 70130

              and

BEAN EXCAVATIONS LLC
1055 St. Charles Avenue., Suite 500
New Orleans, Louisiana 70130

C.F. BEAN,LLC
1055 St. Charles Avenue., Suite 500
New Orleans, Louisiana 70130

------------------------------------X
STATE OF LOUISIANA   )
                     :ss.:
PARISH OF ST. TAMMANY)
```

Henry Mentz, Jr, being duly sworn, deposes and says:

I am not a party to this action, I am over 18 years of age and I reside in Covington, Louisiana.

On October 17, 2007, I hand delivered and personally served a Summons and Complaint upon the party identified below:

                    C.F. BEAN,LLC
        1055 St. Charles Avenue., Suite 500
          New Orleans, Louisiana 70130

by leaving a true and accurate copy thereof with

Mr. Chris Watters, who identified himself as Human Resource and Safety Supervisor.

Description: ☒M    F

height: _____5' 10"_____

weight: _____180 lbs_____

age: _____40-45_____

hair Color: _____dirty blonde_____

**Caucasian**

_____
Henry Mentz, Jr.

Sworn to before me this
24th day of October, 2007

_____
Notary Public

BRIGITTE P. MENTZ
NOTARY PUBLIC
Notary ID Number: 12709
St Tammany Parish, Louisiana