UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------X

ERIC GROVE                                  07-CIV-8650
            Plaintiff,
    -against-
                                            NOTICE OF MOTION TO
BEAN DREDGING LLC, ET AL                    ADMISSION PRO HAC VICE

            Defendant,
--------------------------------X

PLEASE TAKE NOTICE, that upon the annexed affirmation of Michael H. Zhu, Esq, the affidavit of Samuel J. Rosenthal, in support of this Motion and the Certificate of Good Standing annexed thereto, that on November ___, 2007 the undersigned will move this Court before the Honorable John G. Koeltl at the United States Courthouse for the Southern District of New York, pursuant to Rule 1.13(c) of the Local Rules of the United States District Courts for the Southern District of New York for an Order allowing the admission of movant, Samuel J. Rosenthal, Esquire a member in good standing of the Bar of Pennsylvania, as attorney pro hac to argue or try this case in whole or in part as counsel. There are no pending disciplinary proceedings against me in any State of Federal Court.

Dated:   New York, New York
         November 19, 2007

                                    By: Michael H. Zhu, Esquire
                                    MICHAEL H. ZHU, P.C.
                                    14 Wall Street, 22nd Floor
                                    New York, NY 10005
                                    (212) 227-2245
                                    Attorneys for Plaintiff

TO:  Palmer Biezup & Henderson, LLP
     140 Broadway, 46th Floor
     New York, New York
     (212) 406-1855

```
UNITED STATES DISTRICT COURT
IN THE UNITED STATES DISTRICT COURT
----------------------------------------X

ERIC GROVE                                07-CIV-8650
                Plaintiff,
    -against-
                                          ATTORNEY AFFIRMATION
BEAN DREDGING LLC, ET AL                  IN SUPPORT OF MOTION
                                          TO APPEAR PRO HAC VICE
                Defendant,
----------------------------------------X
```

Michael H. Zhu, an attorney admitted to practice before the United States District Court in the Southern District of New York, affirms under the penalties of perjury, as follows:

1. I am a member of MICHAEL H ZHU, Esq. P.C., co-counsel for plaintiff, Eric Grove. As such, I am familiar with the pleadings and proceedings in this action based on a review of the file maintained in this action.

2. I submitted this Affirmation in support of the instant motion for an order pursuant to Local Rule 1.13(c) for the admission *pro hac vice* of Samuel J. Rosenthal, Esquire to participate in the discovery, trial or argument of this particular action, together with such other and further relief as this Court may deems just and proper.

3. I have known the Barish Rosenthal Firm and the candidate Samuel J. Rosenthal, Esquire for over a year and several months professionally and can attest to his good character and moral standing and, as such, hereby move for Mr. Rosenthal's admission to the bar of this court for the purpose of co-representing the

plaintiff in this matter.

4.   Samuel J. Rosenthal, Esquire has sworn that he is familiar with and will comply with the standards of professional conduct imposed upon members of the New York bar, including the rules of court governing the conduct of attorneys and the Disciplinary Rules of the Code of Professional Responsibility.

5.   Mr. Rosenthal has been a member of the bar of the Commonwealth of Pennsylvania since November 17, 1987.

6.   Mr. Rosenthal has never been subject to disciplinary proceeding in any jurisdiction and is a member in good standing in the aforesaid Court as reflected in the attached Certificate of Good Standing issued by the Supreme Court of Pennsylvania, marked as Exhibit "A" to Mr. Rosenthal's accompanying affidavit.

_____
Michael H. Zhu

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X

| | |
|---|---|
| ERIC GROVE | 07-CIV-8650 |
| **Plaintiff,** | |
| -against- | |
| | **AFFIDAVIT OF SAMUEL J.** |
| BEAN DREDGING, LLC | **ROSENTHAL IN SUPPORT OF** |
| **Defendant,** | **MOTION TO APPEAR** |
| ----------------------------------------------X | **COUNSEL PRO HAC VICE** |

Samuel J. Rosenthal, Esq., being duly sworn, hereby deposes and says as follows:

1. I am a practitioner of Barish Rosenthal, 1717 Arch Street, Suite 4020, Philadelphia, PA since 2004.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the Eastern District of Pennsylvania, the Commonwealth of Pennsylvania.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. Wherefore your Affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this case.

_____
SAMUEL J. ROSENTHAL

Dated: November 9, 2007

NOTARIZED

/s/ Michelle M. Nuciforo

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
MICHELLE M. NUCIFORO, Notary Public
City of Philadelphia, Phila. County
My Commission Expires February 16, 2010

5



## Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

### Samuel Jay Rosenthal, Esq.

**DATE OF ADMISSION**

*November 17, 1987*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: November 8, 2007

*Patricia Johnson*
Patricia A. Johnson
Chief Clerk

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X

ERIC GROVE                                 07-CIV-8650
            Plaintiff,
      -against-
                                           PROPOSED ORDER FOR
BEAN DREDGING LLC, ET AL                   ADMISSION PRO HAC VICE

            Defendant,
-------------------------------X
```

AND NOW, this _____ day of _____, 2007 upon consideration of Mr. Samuel J. Rosenthal's Motion for Admission Pro Hac Vice, pursuant to Local Rule 1.3 (c), and any response thereto, said Motion is GRANTED.

By the Court:

_____
John G. Koeltl, U.S.D.J.

**AFFIRMATION OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing NOTICE OF MOTION FOR ADMISSION PRO HAC VICE, ATTORNEY'S AFFIRMATION AND AFFIDAVIT to defendant was served by first-class mail, postage prepaid, upon:

Palmer Biezup & Henderson, LLP
140 Broadway, 46th Floor
New York, New York

on this 19th day of November, 2007.

                                        Michael H. Zhu, Esq. PC
                                        Attorneys for
                                        Plaintiff Eric Grove

By: _____
                                        Michael H. Zhu

14 Wall Street - 22nd Floor
New York, New York 10005-1198
(212) 227-2245