```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X

ERIC GROVE                              07-CIV-8650
              Plaintiff,
    -against-
                                        PROPOSED ORDER FOR
BEAN DREDGING LLC, ET AL                ADMISSION PRO HAC VICE

              Defendant,
-------------------------------X
```

AND NOW, this 29 day of November, 2007 upon consideration of Mr. Samuel J. Rosenthal's Motion for Admission Pro Hac Vice, pursuant to Local Rule 1.3 (c), and any response thereto, said Motion is GRANTED.

By the Court:

_____
John G. Koeltl, U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/07