UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

**ERIC GROVE**

                                             PLAINTIFF(S)

-against-

**BEAN DREDGING, LLC, ETANO**

                                             DEFENDANT(S)

-----------------------------------------------------------------X

INDEX No: 07-CV-8650
DATE PURCHASED: 11/19/2007

ATTY FILE No:
EJS #:

**_AFFIDAVIT OF SERVICE_**
**_UPON A_**
**_CORPORATION/COMPANY/_**
**_ORGANIZATION_**

STATE OF NEW YORK COUNTY OF KINGS ss:

**David Tsatsanachvili, License #1227719,** being duly sworn deposes & says; deponent is not a party to this action, is over the age of 18 years and resides in the State of NEW YORK.

That on **12/18/2007** at **2:40 PM** at **111 LIVINGSTON STREET SUITE 1110, BROOKLYN, NY 11201** Deponent served the within **SUMMONS & COMPLAINT** by personally delivering to and leaving with **SHARNETT MICHELL** for **GMD SHIPYARD CORP.** a true copy thereof, and that deponent knew the person so served to be the **RECEPTIONIST** and stated (s)he was authorized to accept legal papers for the corporation.

**A DESCRIPTION OF PERSON SERVED IS AS FOLLOWS:**

| | | |
|---|---|---|
| Approx. Age: **27-35** | Sex: **FEMALE** | Other: |
| Color of Skin: **LIGHT BROWN** | Height: **5'9"-6'0"** | **GLASSES** |
| Color of Hair: **BLACK** | Weight: **161-200 Lbs.** | |

Sworn to before me on 12/18/2007

_____
**ELENA DONAHUE**
Notary Public, State of New York
No. 01DO6165600
Qualified in Kings County
Commission Expires May 14, 2011

_____
PROCESS SERVER: David Tsatsanachvili, Lic #1227719

ATTORNEY FOR PLAINTIFF(S):
**DENNIS RICHMAN'S SERVICES**
1500 J.F.K. BOULEVARD
SUITE 1706
PHILADELPHIA, PA 19102
215-977-9393



**EXPRESS JUDICIAL SERVICES, Inc.**
*Quality Process Serving*

155 Kings Highway, 2nd Floor, Brooklyn, NY 11223  **Tel:** 718.382.0203  **Fax:** 347.312.4528  **Email:** info@ejsincorp.com