KENNEDY LILLIS SCHMIDT & ENGLISH
Craig S. English, Esq. (CE 9890)
75 Maiden Lane, Suite 402
New York, New York  10038-4816
Tel.: 212-430-0800
Fax: 212-430-0810
Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIC GROVE,<br><br>          Plaintiff,<br><br>     - v. -<br><br>BEAN DREDGING LLC, BEAN EXCAVATION LLC, and C.F. BEAN, LLC,<br><br>          Defendants. | Case No. 07 CV 8650 (JGK) |
| BEAN DREDGING LLC, BEAN EXCAVATION LLC, and C.F. BEAN, LLC,<br><br>          Third-Party Plaintiffs,<br><br>     - v. -<br><br>GMD SHIPYARD CORP. and BINDER MACHINERY COMPANY LLC,<br><br>          Third-Party Defendants. | CERTIFICATION PURSUANT<br>TO FED. R. CIV. P. 7.1 |

      Pursuant to Federal Rule of Civil Procedure 7.1, and to enable Judges and Magistrates of this Court to evaluate possible disqualification or recusal, the undersigned counsel for third-party defendant GMD Shipyard Corp. hereby certifies that the following are corporate or other parents, subsidiaries and

1

affiliates of that Petitioner, securities or other interests in which are publicly held:   None.

Dated: New York, New York
       January 28, 2008

                                       KENNEDY LILLIS SCHMIDT & ENGLISH
                                       Attorneys for Third-Party Defendant GMD Shipyard Corp.

                                       By:  _____
                                          Craig S. English (CE 9890)
                                          75 Maiden Lane, Suite 402
                                          New York, New York 10038-4816
                                          Telephone: 212-430-0800
                                          File:

TO:   MICHAEL H. ZHU, ESQ., P.C.
      Attorneys for Plaintiff
      ERIC GROVE
      14 Wall Street, 22nd Floor
      New York, New York 10005
      Telephone: 212-
      Facsimile: 212-

      Attention: Michael H. Zhu, Esq. ()

TO:   PALMER BIEZUP & HENDERSON LLP
      Attorneys for Defendants/Third-Party Plaintiffs
      BEAN DREDGING LLC, BEAN EXCAVATING LLC, and
      C.F. BEAN LLC
      140 Broadway, 46th Floor
      New York, New York 10005
      Telephone: 212-406-1855

      Attention: Michael B. McCauley, Esq. (MM 7231)

TO:

      Attorneys for Third-Party Defendant
      BINDER MACHINERY COMPANY LLC

      New York, New York
      Telephone: 212-

Facsimile:  212-

Attention:   , Esq. ()

CERTIFICATION OF SERVICE

I, Gail Zammito, hereby certify that I have served the foregoing CERTIFICATION PURSUANT TO FED. R. CIV. P. 7.1 by Regular U.S. Mail, a true copy thereof, to:

MICHAEL H. ZHU, ESQ., P.C.
Attorneys for Plaintiff
ERIC GROVE
14 Wall Street, 22nd Floor
New York, New York  10005
Attention:  Michael H. Zhu, Esq.

PALMER BIEZUP & HENDERSON LLP
Attorneys for Defendants/Third-Party Plaintiffs
BEAN DREDGING LLC, BEAN EXCAVATING LLC, and
C.F. BEAN LLC
140 Broadway, 46th Floor
New York, New York  10005
Attention:  Michael B. McCauley, Esq.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Executed on January 31, 2008.

_____
Gail Zammito

1