# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

ERIC GROVE,

    Plaintiff,

Vs.

BEAN DREDGING LLC, BEAN EXCAVATION LLC, and C.F. BEAN LLC, et al

    Defendants

**APPEARANCE**

Case Number:   07 CV 8650 (JGK)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Third-Party Defendant GMD Shipyard Corp.

I certify that I am admitted to practice in this court.

KENNEDY LILLIS SCHMIDT & ENGLISH

March 5, 2008
Date

By:   s/Thomas M. Grasso
Signature

Thomas M. Grasso                    TG3737
Print Name                          Bar Number

75 Maiden Lane - Suite 402
Address

New York            New York        10038-4816
City                State           Zip Code

(212) 430-0800                      (212) 430-0810
Phone Number                        Fax Number