```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/08
```

# PALMER
Attorneys at Law

PHILADELPHIA | NEW JERSEY | NEW YORK | DELAWARE | MARYLAND

*APPLICATION TO APPEAR BY PHONE GRANTED.*

*SO ORDERED.*

[signature] 6/6/08

3/19/08

**Michael B. McCauley**
Partner
mccauley@pbh.com
Direct Dial: 215 625 7804

March 18, 2008

## MEMO ENDORSED

The Hon. John G. Koetl
United States District Judge
United States District Court
For the Southern District of New York
500 Pearl Street, Room 1030
New York, NY 10007

Via Facsimile 212 805 7912

[RECEIVED stamp: MAR 18 2008 CHAMBERS OF JUDGE JOHN G. KOELTL]

Re:   Eric Grove v. Bean Dredging, LLC, *et al.*
      07-cv-8650 (JGK)
      Our File No. 0850-004

Dear Judge Koetl:

As Mr. Rosenthal, plaintiff's lead counsel and I are based in Philadelphia, we write to request the Court's permission to conduct the personal appearance conference scheduled for March 25, 2008 at 4:30 p.m. by telephone.

Thank you.

Respectfully,

PALMER BIEZUP & HENDERSON LLP

By: [signature] Michael B. McCauley

MMc:lr

cc:   Samuel J. Rosenthal, Esq.                    Via Facsimile
      Thomas M. Grasso, Esq.                              "
      Michael H. Zhu, Esq.                                "

Palmer Biezup & Henderson LLP
956 Public Ledger Building | Independence Mall West | Philadelphia, PA 19106-3409
P 215.625.9900 | F 215.625.0185

PBH: 195514.1