**PALMER BIEZUP & HENDERSON** LLP
By: Michael B. McCauley (MM 7231)
140 Broadway, 46th Floor
PMB 46030
New York, NY 10005
mccauley@pbh.com
212 406 1855
Attorneys for Defendants/Third Party Plaintiffs,
Bean Dredging LLC, Bean Excavation, LLC,
and C.F. Bean LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ERIC GROVE, | |
| Plaintiff, | Civ. No: 07 CV 8650(JGK) |
| vs. | |
| BEAN DREDGING, LLC, *et al.* | |
| Defendants/Third-Party Plaintiffs, | RULE 7.1 DISCLOSURE FORM |
| vs. | |
| GMD SHIPYARD CORP., and BINDER MACHINERY COMPANY, LLC, | |
| Third-Party Defendants. | |

---

DISCLOSURE STATEMENT FORM

Please check one box:

[X]   The nongovernmental corporate parties, <u>Bean Dredging LLC, Bean Excavation, LLC, and C.F. Bean LLC</u>, in the above listed civil action do not have any parent corporations and publicly held corporations that own 10% or more of their stock.

PBH: 197374.1

1

☐  The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

Respectfully submitted,

PALMER BIEZUP & HENDERSON LLP

Dated: New York, New York  
       June 24, 2008

By:  /s/ Michael B. McCauley  
Michael B. McCauley (MM 7231)  
Attorneys for Bean Dredging LLC,  
Bean Excavation, LLC, and C.F. Bean LLC  
140 Broadway, 46th Floor, PMB 46030  
New York, NY 10005  
mccauley@pbh.com  
212 406 1855

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**

(a) WHO MUST FILE: NONGOVERNMENTAL CORPORATE PARTY. A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

(b) TIME FOR FILING; SUPPLEMENTAL FILING. A party must:

(1) file the Rule 7.1 (a) statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court, and

(2) promptly file a supplemental statement upon any change in the information that the statement requires.

PBH: 197374.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------

| | |
|---|---|
| ERIC GROVE, | : |
| | : Civ. No: 07 CV 8650(JGK) |
| Plaintiff, | : |
| | : |
| vs. | : |
| | : |
| BEAN DREDGING, LLC, *et al.* | : |
| | : |
| Defendants/Third-Party Plaintiffs, | : **AFFIRMATION OF SERVICE** |
| | : |
| vs. | : |
| | : |
| GMD SHIPYARD CORP., and | : |
| BINDER MACHINERY COMPANY, LLC, | : |
| | : |
| Third-Party Defendants. | : |

------------------------------------------------------------------

I, Michael B. McCauley, declare under penalty of perjury that I have served a copy of the attached Rule 7.1 Disclosure Form upon the below-listed attorneys on June 24, 2008 via United States First-Class Mail, postage prepaid:

>Michael H. Zhu, Esq.
>Michael H. Zhu, Esq. P.C.
>14 Wall Street, 22nd Floor
>New York, NY  10005
>
>Samuel J. Rosenthal, Esq.
>Barish/Rosenthal
>Three Parkway, Suite 1320
>1601 Cherry Street
>Philadelphia, PA  19102

PBH: 197374.1

Craig S. English, Esq.
Kennedy Lillis Schmidt & English
75 Maiden Lane, Suite 402
New York, NY 10038-4816

Michael J. Lenoff, Esq
Cartafalsa, Slattery, Turpin & Lenoff
One Liberty Plaza
165 Broadway, 28th Floor
New York, NY 10006

                          PALMER BIEZUP & HENDERSON LLP

Dated: New York, New York       By:    /s/ Michael B. McCauley
       June 24, 2008                          Michael B. McCauley (MM 7231)
                                                 Attorneys for Bean Dredging LLC,
                                                 Bean Excavation, LLC, and C.F. Bean LLC
                                                 140 Broadway, 46th Floor
                                                 PMB 46030
                                                 New York, NY 10005
                                                 mccauley@pbh.com
                                                 212 406 1855

PBH: 197374.1