UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

ERIC GROVE
P.O. Box 46843
Las Vegas, Nevada 89114                                    Civ. No.:  07 CV 8650

            Plaintiff.                              The Honorable John G. Koeltl

    vs.                                                **RULE 7.1 STATEMENT**

BEAN DREDGING LLC.,
1055 St. Charles Avenue, Suite 500
New Orleans, Louisiana 70130

BEAN EXCAVATION, LLC.,
1055 St. Charles Avenue, Suite 500
New Orleans, Louisiana 70130

C.F. BEAN LLC.
1055 St. Charles Avenue, Suite 500
New Orleans, Louisiana 70130

GMD SHIPYARD CORP.
111 Livingston Street, Suite 1110
Brooklyn, New York 11201

    and

BINDER MACHINERY COMPANY, LLC.
2820 Hamilton Boulevard
South Plainfield, New Jersey 07080

            Defendants.

----------------------------------------------------------------X

       Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General

Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate

possible disqualification or recusal, the undersigned counsel for BINDER MACHINERY

CO., LLC. (a private non-governmental party) certifies that the following are corporate

parents, affiliates and/or subsidiaries of said party, which are publicly held.

The nongovernmental corporate party Binder Machinery Company, LLC., in the above listed civil action does not have any parent corporations and publicly held corporations that own 10% or more of their stock.

Dated: New York, New York
       July 23, 2008

                                   CARTAFALSA, SLATTERY, TURPIN & LENOFF

                         By:       _____
                                   Michael J. Lenoff (MJL 6044)
                                   Attorneys for Defendant
                                   BINDER MACHINERY CO., LLC.
                                   One Liberty Plaza
                                   165 Broadway, 28th Floor
                                   New York, New York 10006
                                   (212) 225-7700
                                   File No.:  246712

TO:   MICHAEL H. ZHU, ESQ.
      MICHAEL H. ZHU, ESQ., P.C.
      14 Wall Street, 22nd Floor
      New York, New York 10005

      SAMUEL J. ROSENTHAL, ESQ.
      BARISH/ROSENTHAL
      Three Parkway, Suite 1320
      1601 Cherry Street
      Philadelphia, PA 19102

      CRAIG S. ENGLISH, ESQ.
      KENNEDY LILLIS SCHMIDT & ENGLISH
      75 Maiden Lane, Suite 402
      New York, New York 10038

      MICHAEL McCAULEY
      PALMER BIEZUP & HENDERSON, LLP.
      140 Broadway, 46th Floor
      New York, New York 10005

<u>AFFIDAVIT OF SERVICE BY MAIL</u>

STATE OF NEW YORK   )
                             ) SS.:

COUNTY OF NEW YORK )

         MARIA CHAVEZ, being duly sworn, deposes and says; that deponent is

not a party to this action, that she is of 18 years and upwards; and that she is a Clerk in

the offices of CARTAFALSA, SLATTERY, TURPIN & LENOFF attorneys for Third-Party

Defendant, BINDER MACHINERY COMPANY, LLC. in the above entitled action; that

the office address of said attorneys is 165 Broadway, New York, New York 10006; that

on the 1st day of August, 2008 deponent served upon

| | |
|---|---|
| MICHAEL H. ZHU, ESQ.<br>MICHAEL H. ZHU, ESQ., P.C.<br>14 Wall Street, 22nd Floor<br>New York, New York 10005 | SAMUEL J. ROSENTHAL, ESQ.<br>BARISH/ROSENTHAL<br>Three Parkway, Suite 1320<br>1601 Cherry Street<br>Philadelphia, PA 19102 |
| CRAIG S. ENGLISH, ESQ.<br>KENNEDY LILLIS SCHMIDT & ENGLISH<br>75 Maiden Lane, Suite 402<br>New York, New York 10038 | MICHAEL McCAULEY<br>PALMER BIEZUP & HENDERSON, LLP.<br>140 Broadway, 46th Floor<br>New York, New York 10005 |

herein a copy of RULE 7.1 STATEMENT which is annexed is a true copy, by depositing

same properly enclosed in a postpaid wrapper in the U.S. Post Office Box at 165

Broadway, New York, New York on said date, directed to said attorneys at the above

address(es) designated by said attorneys in the last paper served herein.

_____
MARIA CHAVEZ

Sworn to before me this date,
1st day of August, 2008.

_____
NOTARY PUBLIC

Glenda Salomon
Notary Public State of New York
No. 01SA6174849
Qualified in Kings County
Commission Expires in 10/01/2011

*CIV NO. 07 CV 8650*
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERIC GROVE
P.O. Box 46843
Las Vegas, Nevada 89114

       Plaintiff.

    vs.

BEAN DREDGING LLC.,
1055 St. Charles Avenue, Suite 500
New Orleans, Louisiana 70130

BEAN EXCAVATION, LLC.,
1055 St. Charles Avenue, Suite 500
New Orleans, Louisiana 70130

C.F. BEAN LLC.
1055 St. Charles Avenue, Suite 500
New Orleans, Louisiana 70130

GMD SHIPYARD CORP.
111 Livingston Street, Suite 1110
Brooklyn, New York 11201

    and

BINDER MACHINERY COMPANY, LLC.
2820 Hamilton Boulevard
South Plainfield, New Jersey 07080

       Defendants.

---

## RULE 7.1 STATEMENT

---

## CARTAFALSA, SLATTERY, TURPIN & LENOFF
*Attorneys for Third-Party Defendant,* BINDER MACHINERY COMPANY, LLC.
One Liberty Plaza
165 Broadway - 28th Floor
New York, New York 10006
(212) 225-7700

---

TO:
*Attorney(s) for*

---

*Service of a copy of the within*        *is hereby admitted.*

*Dated:*