



# PALMER
Attorneys at Law

PHILADELPHIA | NEW JERSEY | NEW YORK | DELAWARE | MARYLAND

Michael B. McCauley
*Partner*
mccauley@pbh.com
Direct Dial: 215 625 7804



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/08

September 10, 2008

The Hon. Theodore H. Katz                                    Via Facsimile 212 805 7932
United States Magistrate Judge
United States District Court
For the Southern District of New York
500 Pearl Street, Room 1030
New York, NY  10007


     Re:    Eric Grove v. Bean Dredging, LLC, *et al.*
             07-cv-8650 (JGK) (THK)
             Our File No.: 0850-004

Dear Judge Katz:

     A settlement conference is scheduled for September 15, 2008 at 2:00 p.m.

     We write on behalf of all parties who jointly request that the conference be rescheduled for a later date.

     Discovery has gone slowly due to third parties being added to the litigation and scheduling conflicts for the taking of depositions, including that of plaintiff who is a resident of Nevada. In these circumstances, counsel have not had an opportunity to establish an adequate evidentiary baseline on which to proceed with meaningful settlement discussions as required by Your Honor's correspondence providing notice of the conference.

     The parties also jointly request that the October 31, 2008 deadline for completion of discovery be extended for a period of ninety days.

PBH: 198819.1

Palmer Biezup & Henderson LLP
956 Public Ledger Building | Independence Mall West | Philadelphia, PA 19106-3409
P 215.625.9900 | F 215.625.0185

**PALMER**
Attorneys at Law

The Hon. Theodore H. Katz,
United States Magistrate Judge
Re:   Eric Grove v. Bean Dredging, LLC
       07-cv-8650 (JGK) (THK)
September 10, 2008
Page 2

All counsel join in thanking Your Honor for your consideration of this request.

Respectfully,

PALMER BIEZUP & HENDERSON LLP

By: _____
    Michael B. McCauley

MMc:lr

cc:   Samuel J. Rosenthal, Esq.                                 Via Facsimile
      Michael H. Zhu, Esq.                                          "
      Michael J. Lenoff, Esq.                                       "
      Craig S. English, Esq.                                        "

*The discovery deadline is extended to January 30, 2009. By no later than November 14, 2008, the parties should confer and propose alternative dates for the settlement conference.*

9/11/08    SO ORDERED

_____
THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

PBH: 198819.1