UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

| | |
|---|---|
| ERIC GROVE, | : |
| | : Civ. No: 07 CV 8650(JGK) |
| Plaintiff, | : |
| | : |
| vs. | : |
| | : |
| BEAN DREDGING, LLC, *et al.* | : |
| | : |
| Defendants/Third-Party Plaintiffs, | : **AFFIRMATION OF SERVICE** |
| | : |
| vs. | : |
| | : |
| GMD SHIPYARD CORP., and | : |
| BINDER MACHINERY COMPANY, LLC, | : |
| | : |
| Third-Party Defendants. | : |

-----------------------------------------------------------------

I, Michael B. McCauley, declare under penalty of perjury that I have served a copy of the attached Defendants/Third-Party Plaintiffs' Answer Third-Party Defendant's Counterclaim upon the below-listed attorneys on September 11, 2008 via United States First-Class Mail, postage prepaid:

        Michael H. Zhu, Esq.
        Michael H. Zhu, Esq. P.C.
        14 Wall Street, 22nd Floor
        New York, NY  10005

        Samuel J. Rosenthal, Esq.
        Barish♦Rosenthal
        Three Parkway, Suite 1320
        1601 Cherry Street
        Philadelphia, PA  19102

PBH: 197322.1

Craig S. English, Esq.
Kennedy Lillis Schmidt & English
75 Maiden Lane, Suite 402
New York, NY 10038-4816

Michael J. Lenoff, Esq
Cartafalsa, Slattery, Turpin & Lenoff
One Liberty Plaza
165 Broadway, 28th Floor
New York, NY 10006

|  |  |
|---|---|
| | PALMER BIEZUP & HENDERSON LLP |
| Dated: New York, New York<br>September 11, 2008 | By: /s/ Michael B. McCauley<br>Michael B. McCauley (MM 7231)<br>Attorneys for Bean Dredging LLC,<br>Bean Excavation, LLC, and C.F. Bean LLC<br>140 Broadway, 46th Floor<br>PMB 46030<br>New York, NY 10005<br>mccauley@pbh.com<br>212 406 1855 |

PBH: 197322.1